UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN MASCARELLI,

    Plaintiff,

v.                              CASE NO.:  8:19-cv-00554-JSM-AEP

THE CBE GROUP, INC.,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Erin Mascarelli, and the Defendant, The CBE Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ Geoffrey E. Parmer* | */s/ Joseph C. Proulx* |
| Geoffrey E. Parmer, Esquire | Joseph C. Proulx, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 0056830 |
| Geoff@TheConsumerProtectionFirm.com | jproulx@gsgfirm.com |
| William "Billy" Peerce Howard, Esquire | */s/ Dale T. Golden* |
| Florida Bar No. 103330 | Dale T. Golden, Esquire |
| The Consumer Protection Firm, PLLC | Florida Bar No. 0094080 |
| 4030 Henderson Boulevard | dgolden@gsgfirm.com |
| Tampa, FL 33629 | Golden Scaz Gagain, PLLC |
| Tel.: (813) 500-1500 x206 | 201 North Armenia Avenue |
| Fax: (813) 435-2369 | Tampa, FL 33609-2303 |
| *Attorneys for Plaintiff* | Tel.: (813) 251-5500 |
| | Fax: (813) 251-3675 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on September 17, 2019 to all parties of record.

Respectfully submitted,

*/s/Geoffrey E.Parmer*
Geoffrey E. Parmer, Esquire
Florida Bar No. 989258