UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN MASCARELLI,

    Plaintiff,

v.                                                                  Case No: 8:19-cv-554-T-30AEP

THE CBE GROUP, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and expenses.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of September, 2019.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record